IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>TRACY LYNN EAGLEMAN (*aka Tracy Badmoccasin*),<br><br>               Defendant. | CR-23-49-GF-BMM<br><br>ORDER |

## INTRODUCTION

Tracy Lynn Eagleman ("Eagleman") filed an unopposed motion for a psychiatric or psychological examination and report on July 20, 2023. (Doc. 21.) The Court granted the motion on the same day. (Doc. 22.) Eagleman was designated to MDC Los Angeles for a psychiatric examination on July 24, 2023. Eagleman's evaluation was filed with the Court on October 30, 2023. The Court conducted a status conference on October 31, 2023. (Doc. 26.) Eagleman did not appear, but she was represented by counsel. Counsel waived her appearance. (*Id.*)

The evaluation recommended that Eagleman should undergo competency restoration procedures. The parties stipulated and the Court agreed with Eagleman's evaluation.

IT IS HEREBY ORDERED that Eagleman be taken into the custody of the Attorney General for a period of time not to exceed four months, consistent with the provisions of 18 U.S.C. § 4241(d);

IT IS FURTHER ORDERED that Eagleman receive competency restoration procedures, and that they are to be conducted by a licensed or certified psychiatrist or psychologist;

IT IS FURTHER ORDERED that Eagleman be committed to a Federal Medical Center designated by the Attorney General to be examined for a reasonable period, but not to exceed one-hundred and twenty (120) days;

IT IS FURTHER ORDERED that a psychiatric or psychological report be prepared, and that said report shall include:

1) Eagleman's history and present symptoms;
2) a description of the psychiatric, psychological, and medical tests that were employed and their results;
3) the examiner's findings; and
4) the examiner's opinions as to diagnosis and prognosis and an insanity defense;

IT IS FURTHER ORDERED that the report shall be e-mailed to the Court at sara_luoma@mtd.uscourts.gov, with copies for Counsel for Eagleman and the attorney for the Government. If no report is filed within 120 days of this order, the

Court will conduct a status call with counsel to determine the best course of action moving forward. The Clerk of Court will email this order to gtodd@bop.gov.

IT IS FURTHER ORDERED that all currently scheduled proceedings are vacated.

The Court finds that all time between the date of this order and the post-examination hearing to be excludable time under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(A)

DATED this 7th day of November 2023.

_____
Brian Morris, Chief District Judge
United States District Court