IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. TRACY LYNN EAGLEMAN, Defendant. | CR 23-49-GF-BMM-JTJ AMENDED ORDER |

On July 29, 2025, the United States Probation Office filed a Petition requesting the Court revoke Defendant Tracy Lynn Eagleman's (Eagleman) supervised release. (Doc. 44). Eagleman appeared before the Court on August 5, 2025 for an initial appearance regarding the Petition and admitted that she had violated the conditions of supervised release as set forth in allegations 1-7 of the Petition. The Court deferred sentencing until November 18, 2025, at 1:30 p.m. and imposed an additional condition on Eagleman's supervised release, with no objection from Eagleman.

Accordingly,

IT IS ORDERED that up until the time of sentencing on November 18, 2025, at 1:30 p.m., Eagleman shall, at the direction of her probation officer, participate in the PACT mental health program and comply with all conditions of the program.

DATED this 12th day of August 2025.

*John Johnston*
United States Magistrate Judge