**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br><br>TRACY LYNN EAGLEMAN ,<br>Defendant. | **CR-23-49-GF-BMM**<br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on October 21, 2026. (Doc. 71.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on October 20, 2026. (Doc. 66.) The government accused Tracy Lynn Eagleman (Eagleman) of violating the conditions of her supervised release by: (1) failing to follow the September 18,

2026, instruction of her probation officer to maintain employment at Taco John's for a minimum of six months by quitting such job on October 3, 2026; (2) failing to report to her probation officer as directed on October 5, 2026; (3) failing to notify her probation officer about a change in her residence within 72 hours by failing to reside at her approved residence, New Beginnings Sober Living since October 2, 2026; (4) failing to participate in outpatient mental health treatment on October 6, 2026; and (5) failing to participate in substance abuse testing on October 6, 2026, with her whereabouts unknown since that time. (Doc. 44.)

At the revocation hearing, Eagleman admitted that she had violated conditions 1-5 as set forth in the Petition. (Doc. 66.) Judge Johnston found that the violations Eagleman admitted prove serious and warrant revocation, and recommended that she receive a custodial sentence of 4 months, with 29 months of supervised release to follow. Judge Johnston also recommended that during the term of her supervised release, Eagleman shall be placed at a residential re-entry center for up to 180 days at the direction of her probation officer. (Doc. 71.) Judge Johnston advised Francis of her right to appeal and to allocute before the undersigned. (Doc. 66.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 71) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Tracy Lynn Eagleman be sentenced to a term of custody 4 months,

with 29 months of supervised release to follow. During the term of her supervised release, Eagleman shall be placed at a residential re-entry center for up to 180 days at the direction of her probation officer.

DATED this 6th day of November 2026.

Brian Morris, Chief District Judge
United States District Court